**1ST OUT BAIL BONDS**

v.

**Hon Anthony HOWELL**

20170770

Supreme Court of Utah.

11-20-2017

20170601

Petition for Writ of Certiorari Denied.

**DAVIS**

v.

**STATE**

20170760

Supreme Court of Utah.

11-20-2017

20170039

Petition for Writ of Certiorari Denied.

**NEESE**

v.

**STATE**

20170788

Supreme Court of Utah.

12-12-2017

20160903, 405 P.3d 805

Petition for Writ of Certiorari Denied.